1

```
1               IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLORADO
2
     Case No. 18-cv-00691-PAB-STV
3    _____

4    WRIGHT MEDICAL TECHNOLOGY, INC.,

5        Plaintiff,

6    vs.

7    PARAGON 28, INC.

8        Defendant.
     _____
9

10            Proceedings before SCOTT T. VARHOLAK, United

11   States Magistrate Judge, United States District Court for

12   the District of Colorado, commencing at 9:33 a.m., July 28,

13   2022, in the United States Courthouse, Denver, Colorado.

14   _____

15            WHEREUPON, THE ELECTRONICALLY RECORDED PROCEEDINGS

16   ARE HEREIN TYPOGRAPHICALLY TRANSCRIBED. . .

17   _____

18                           APPEARANCES

19            CHRIS LIND, BRENT OWEN, MARK LEVIN and

20   THOMAS SANKEY, Attorneys at Law, appearing for the

21   Plaintiff.

22            LUKE DAUCHOT, GREGORY POLINS,

23   CHUAN CHENG, Attorneys at Law, appearing for the Defendant.

24   _____

25                TELEPHONIC FINAL PRETRIAL CONFERENCE
```

```
 1                    P R O C E E D I N G S
 2           (Whereupon, the within electronically recorded
 3   proceedings are herein transcribed, pursuant to order of
 4   counsel.)
 5           THE COURT:  This is 18-cv-691.  Can I have entries
 6   of appearance, please.
 7           MR. LIND:  For the plaintiff Wright Medical, this
 8   is Chris Lind.
 9           THE COURT:  Good morning.
10           MR. LIND:  Good morning.  We also have Mark Levin,
11   Tom Sankey and Brent Owen on the line for Wright Medical.
12           THE COURT:  Good morning.
13           UNIDENTIFIED VOICE:   Good morning, Judge.
14           THE COURT:  And do we have counsel for the
15   defendant?
16           (No response.)
17           THE COURT:  Defendant?
18           MR. DAUCHOT:  Yes.  Good morning, Your Honor.
19           Luke Dauchot here on behalf of the defendant, and
20   I will let other counsel on the line introduce themselves.
21           MR. POLINS:  Good morning, Your Honor, Greg Polins
22   on behalf of the defendant.
23           THE COURT:  Good morning.
24           MS. CHENG:  This is Cici Cheng from Wheeler Trigg
25   O'Donnell on behalf of Paragon 28.
```

```
 1              THE COURT:  And good morning.
 2              So, I'm not exactly sure what to do with the final
 3   pretrial order that was sent in.  Between the two sides,
 4   there are approximately 13,000 exhibits listed.  The trial
 5   is scheduled for 15 days, and you have literally -- if you
 6   sat there at 8:00 a.m. on the first day -- let's see, you
 7   would have to select a jury first -- but by the time you
 8   have a jury selected and literally went through each exhibit
 9   and said -- and let's assume none were objected to -- and
10   simply moved each one individually to introduce, I think it
11   would take all 15 days to introduce those exhibits.
12              And then you have got listed -- I don't know, a
13   hundred witnesses or so.  I just don't know what to do with
14   this because I can't strike witnesses or exhibits because
15   it's not with me on consent.
16              But this is absurd.  I mean, there's -- you
17   clearly -- no attempt was really made to limit in any way
18   either the witnesses or the exhibits to something that may
19   actually get used at trial.  I mean, my guess is this is
20   every piece of paper that has ever been exchanged in this
21   case, so I just don't know what to do with it.
22              I have got a trial date.  I can send it forward
23   and let Judge Brimmer deal with it in a trial reparation
24   conference, but he is going to lose his mind if he sees
25   something like this.  I mean, it's just not feasible.  Your
```

1    exhibits books are going to be -- take up an entire room.  I
2    just -- I don't know what to do with this.
3              so I will take whoever wants to jump in thoughts
4    on that
5              MR. LIND:  Your Honor, it's Chris Lind.  I will
6    take the sword on this one to start, anyhow.
7              One thing on the witnesses to start, Your Honor,
8    as you can see, we did, both sides after conferring, put in
9    kind of a will-call and a may-call list.  And among the
10   will-call list, I think we have -- I didn't do the math --
11   but close to 100 percent overlap.  So when you look at live
12   witnesses who the parties intend to call on their will-call
13   list, it is really a lot fewer witnesses than obviously take
14   up the three pages of listing all of the people, with the
15   overlap especially.
16             And then the may-calls, obviously are kind of
17   dependent on what else would come up.  And then the
18   (indiscernible) depositions, especially the may-call -- the
19   may-call deposition is truly, I think on both sides, a
20   just-in-case bucket.
21             But in terms of getting the witnesses in, I think
22   with -- with the almost complete overlap of live witnesses,
23   we really have a manageable amount.  And as you and
24   everybody on this call knows, not everyone will be called.
25             As to the exhibits, I agree, and we can get into

1   more detail, if Your Honor would like.  But I know a couple
2   of things to affected the exhibit list.
3           One is, I know, at least on our side -- Wright
4   Medical side, we have something like 2500 of those exhibits
5   are pricing agreements, basically contracts, that we put on
6   in case we have to move them in.  I think we would likely do
7   it as one big group exhibit, although what our plan is, is
8   to continue to work with the opposing counsel to see if we
9   can agree to pare down that list to a few representative
10  agreements, or something like that.  Those agreements may
11  have relevance, for instance, in some of the damage issues.
12          So, Your Honor, it's not like for several
13  thousand, that's just one example of what might be a group
14  exhibit.  We would go through the details of every contract.
15  If we needed them, it would be just to make sure that those
16  contracts are in evidence, at least that we thought we
17  needed them in.
18          THE COURT:  But I can tell you --
19          MR. LIND:  And, obviously, there will be further.
20          THE COURT:  -- there is no way that a jury is
21  going to sit there, if you mass-introduce a thousand
22  contracts and they are going to go through and do anything
23  with it other than put it to the side.  It's just not going
24  to happen.
25          MR. LIND:  Yeah.  I think what we would do with

```
 1   something like that is have a summary exhibit on what they
 2   have, and that's just one example.  And maybe we won't need
 3   any of them.  Maybe we can come to an agreement where we
 4   have a representative one because they are all, generally
 5   speaking, the same, except with different parties.
 6            So -- but that's just an example of where you have
 7   got a lot -- a huge number of exhibits that is not really a
 8   lot of different evidence, I will say.
 9            So I just offer those two, I guess, summaries of
10   -- on the witness level and on the exhibit level of where
11   things are really not as bad as they seem.
12            And then also, obviously, we can continue to work
13   on paring down the exhibit list because we do have a second
14   exhibit list date on Judge Brimmer's schedule
15            MR. SANKEY:  And, Judge, this is Tom Sankey, if I
16   could speak to this issue also.
17            Mr. Lind is correct on the exhibits.  A couple
18   more examples:  We have, like technical drawings.  We have
19   got 300-plus physical examples of the plates and screws, we
20   have got almost 200.
21            So my suggestion on a going-forward basis is that
22   once we have a trial date, we set a date 30 or 45 days
23   before that and the parties commit to significant
24   meet-and-confers to get both lists down to something that is
25   workable at trial.
```

1          THE COURT: All right, I will sign it. I will
2   send it forward. Like I said, I don't have the ability to
3   strike witnesses or exhibits and I don't have a great deal
4   of confidence if I were to continue this, that we would have
5   a reasonable number of witnesses or exhibits agreed to in
6   the next -- you know, in a subsequent proposed final
7   pretrial order.
8          But I really encourage the parties -- if you
9   walked in in front of Judge Brimmer with lists that look
10  like this, I suspect he is going to lose his mind. So I
11  really encourage you all to try to find a way to
12  significantly cull down this witness and exhibit list. But
13  with that said, I'll sign it. I will send it forward.
14         We have a trial date of June 5, 2023 -- starting
15  date. There are no trials on Fridays, so that will, you
16  know, be four days at a time.
17         And he will ultimately determine the number of
18  days that he believes the trial will require.
19         There is a trial preparation set for May 19, 2023
20  at 1:30. Check his Practice Standards for what you will
21  need to have in advance of that trial preparation
22  conference. And as I indicated, really work on trying to
23  cut these exhibits and witness lists down.
24         With that said, I will sign the final pretrial
25  order and make it an order of the Court dated today.

1          Anything further from either side

2          MR. LIND:  Nothing from plaintiffs, Your Honor.

3          MR. DAUCHOT:  Nor on behalf of the defendant, Your

4   Honor.

5          THE COURT:  All right.  We will be in recess,

6   then.  Thank you.

7          (Whereupon, the within hearing was then in

8   conclusion at 9:42 a.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

9

1                    TRANSCRIBER'S CERTIFICATION

2    I certify that the foregoing is a correct transcript to the

3    best of my ability to hear and understand the audio

4    recording and based on the quality of the audio recording

5    from the above-entitled matter.

6

7    /s/ Carol Patterson                August 10, 2022

8    Signature of Transcriber           Date

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25