IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

| | |
|---|---|
| WRIGHT MEDICAL TECHNOLOGY, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 18-cv-00691-PAB ) |
| PARAGON 28, INC., | ) **JURY TRIAL DEMANDED** ) |
| Defendant. | ) ) |

**JOINT NOTICE IN RESPONSE TO THE COURT'S MINUTE ORDER ON PENDING RULING [ECF 557]**

Pursuant to the Minute Order (ECF 557), Plaintiff Wright Medical Technology, Inc. and Defendant Paragon 28, Inc. request that the Court defer all rulings in this matter for 30 days, at which point they will update the Court on their ongoing settlement discussions.

| | |
|---|---|
| Dated:  September 26, 2022 | Respectfully submitted, |
| | |
| */s/ Brent R. Owen* | */s/ Gregory Polins* |
| Brent R. Owen | Kathryn A. Reilly & Chuan ("CiCi") Cheng |
| SQUIRE PATTON BOGGS (US) LLP | 370 Seventeenth Street, Suite 4500 |
| 717 17th Street, Suite 1825 | Denver, CO  80202-5647 |
| Denver, Colorado 80202 | Telephone:   303.244.1800 |
| brent.owen@squirepb.com | Facsimile:     303.244.1879 |
| | Email: reilly@wtotrial.com |
| Thomas W. Sankey, Lead Counsel |             cheng@wtotrial.com |
| Diana M. Sangalli | |
| DUANE MORRIS LLP | Gregory Polins |
| 1330 Post Oak Boulevard, Ste. 800 | KIRKLAND & ELLIS LLP |
| Houston, TX 77056-3166 | 300 North LaSalle Street |
| Telephone: 713.402.3900 | Chicago, IL 60654 |
| twsankey@duanemorris.com | Telephone:  312-862-2000 |
| dmsangalli@duanemorris.com | greg.polins@kirkland.com |
| | |
| Anthony J. Fitzpatrick, Esq. | Luke Lucien Dauchot |
| Christopher S. Kroon, Esq. | Sharre Lotfollahi |
| DUANE MORRIS LLP | KIRKLAND & ELLIS LLP |
| 100 High Street, Suite 2400 | 2049 Century Park East, Suite 3700 |
| Boston, MA 02110-1724 | Los Angeles, CA 90067 |
| AJFitzpatrick@duanemorris.com | Telephone:  310-552-4200 |
| CSKroon@duanemorris.com | luke.dauchot@kirkland.com |
| | sharre.lotfollahi@kirkland.com |
| Chris J. Lind | |
| Mark L. Levine | *Attorneys for Defendant Paragon 28, Inc.* |
| Andrew C. MacNally | |
| Nevin M. Gewertz | |
| Anastasiya Maione | |
| BARTLIT BECK LLP | |
| 54 West Hubbard Street | |
| Chicago, IL 06254 | |
| chris.lind@bartlitbeck.com | |
| mark.levine@bartlitbeck.com | |
| nevin.gewertz@bartlit-beck.com | |
| stacy.maione@bartlitbeck.com | |
| | |
| *Attorneys for Plaintiff Wright Medical Technology, Inc.* | |

010-9454-0695/2/AMERICAS

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Brent R. Owen*
Brent R. Owen
